JOHN S. LEONARDO
United States Attorney
District of Arizona
MICHAEL D. LOGALBO
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone:  520-620-7300
Email: Michael.LoGalbo@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 15-00779-TUC-JAS (CRP) |
| Plaintiff, | SENTENCING MEMORANDUM |
| vs. | |
| Jose Francisco Martinez-Diaz, aka Jose Martinez-Diaz, | |
| Defendant. | |

Plaintiff, United States of America, by its attorneys, JOHN S. LEONARDO, United States Attorney, and MICHAEL D. LOGALBO, Assistant United States Attorney, hereby submits the following response to the Presentence Investigation Report which was issued in reference to defendant Jose Francisco Martinez-Diaz, in the above-captioned case.

Having reviewed the findings and recommendations in the report, the Government has no objection to the guideline calculations and concurs with the recommendations listed therein.  The Government respectfully requests that this Court accept the plea agreement entered into by the parties in this matter.  Consistent with our office policy, the Government will not withdraw from the plea agreement should defendant seek, and the Court grant, a variance from the advisory sentencing guidelines.

1
2    Sentencing is currently set for **July 23, 2015**.
3    Respectfully submitted this 25th day of November, 2015.
4                              JOHN S. LEONARDO
                               United States Attorney
5                              District of Arizona
6                              *s/ Michael D. LoGalbo*
7                              MICHAEL D. LOGALBO
                               Assistant U.S. Attorney
8
9    Copy of the foregoing served electronically or by
10   other means this 25th day of November, 2015, to:
11   Peter Byrne Keller, Esq.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28